**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENNETH VANSCOY,<br><br>Plaintiff<br><br>v.<br><br>ROBERT F. KENNEDY, JR.,<br><br>Defendant | CIVIL ACTION NO. 3:25-CV-1020<br><br>(MEHALCHICK, J.) |

**ORDER**

**AND NOW**, this 21st day of October, 2025, **IT IS HEREBY ORDERED THAT**:

1. Plaintiffs filed a Complaint in the above-captioned matter on June 5, 2025 (Doc. 1), and the summons were issued by the Court and provided to the Plaintiffs for service on the Defendant on June 6, 2025. (Doc. 2).

2. No service of the summons or the complaint has been made.

3. Unless good cause is show within **ten (10)** days from the date of this notice as to why service has not been made within the 90-day period previously ordered by this Court, this action will be **DISMISSED** without prejudice.

**BY THE COURT:**

s/ Karoline Mehalchick

**KAROLINE MEHALCHICK**
**United States District Judge**