**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENNETH VANSCOY,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT F. KENNEDY, JR.,<br><br>Defendant. | CIVIL ACTION NO. 3:25-CV-1020<br><br>(MEHALCHICK, J.) |

**ORDER**

**AND NOW**, on this 25th day of February 2026, for the reasons set forth in the Memorandum Opinion concurrently filed herewith, **IT IS HEREBY ORDERED** that this this action is **DISMISSED without prejudice** to VanScoy's ability to file a separate action. *See Pieczynski v. PA*, No. CV 3:20-1502, 2021 WL 1534978, at *2 (M.D. Pa. Apr. 19, 2021), *aff'd sub nom*. *Pieczynski v. Commonwealth of Pennsylvania*, No. 21-1960, 2021 WL 5745694 (3d Cir. Dec. 2, 2021) (dismissing an action without prejudice where the plaintiff failed to pay the required filing fee). The Clerk of Court is directed to **CLOSE** this matter.

**BY THE COURT:**

s/ Karoline Mehalchick

**KAROLINE MEHALCHICK**
**United States District Judge**